UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM P. ROGAS, | Case No.: 2:25-cv-00753-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| DIRECTOR RESIDENTIAL REENTRY MANAGEMENT PHOENIX, | |
| Defendant | |

In light of plaintiff Adam P. Rogas's notice that this case is moot,

I ORDER that this case is dismissed without prejudice as moot. The clerk of court is instructed to close this case.

DATED this 6th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE